■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN MIRANDA, Appellant. [704 NYS2d 850] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Ohlig, J.), rendered April 15, 1997, convicting him of assault in the second degree, upon a jury verdict, and attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or do not require reversal. Bracken, J. P., McGinity, Luciano and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MUNIZ, Appellant. [704 NYS2d 842] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered September 10, 1997, convicting him of assault in the second degree, attempted assault in the third degree, reckless endangerment in the second degree (two counts), endangering the welfare of a child (two counts), and criminal possession of a weapon in the fourth degree (two counts), after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80). Ritter, J. P., Altman, Krausman and McGinity, JJ., concur.